UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMERON DALY,

    Plaintiff,

v.

                              Case No. 1:23-cv-840

KALAMAZOO COLLEGE, et al.,

                              Hon. Hala Y. Jarbou

    Defendants.
_____/

## DEFICIENCY ORDER

Plaintiff filed this action on August 10, 2023, but did not pay the filing fee. The following day, the Clerk of the Court notified Plaintiff of his failure to pay the fee and directed him to "immediately" pay the $402.00 filing fee or file a motion to proceed *in forma pauperis*. (Notice of Deficiency, ECF No. 3.) To date, Plaintiff has not paid the filing fee or filed a motion to proceed *in forma pauperis*. Accordingly,

**IT IS ORDERED** that Plaintiff must pay the $402.00 filing fee or submit a motion to proceed *in forma pauperis* within seven (7) days of this date or the Court will dismiss the case for lack of prosecution.

Dated: September 12, 2023                    /s/Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                        CHIEF UNITED STATES DISTRICT JUDGE