UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMERON DALY,

    Plaintiff,

v.

KALAMAZOO COLLEGE, et al.,

    Defendants.

_____/

Case No. 1:23-cv-840

Hon. Hala Y. Jarbou

## ORDER

On September 12, 2023, a Deficiency Order (ECF No. 9) was issued ordering that Plaintiff must pay the $402.00 filing fee or submit a motion to proceed *in forma pauperis* within seven (7) days or the Court would dismiss the case for lack of prosecution.

A review of the court records reflects that Plaintiff has not paid the $402.00 filing fee due in this court or submitted a motion to proceed *in forma pauperis*.

Accordingly, the Court will enter a judgment dismissing the case for lack of prosecution.

Dated: September 20, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE