UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMERON DALY,

    Plaintiff,

v.

                                                  Case No. 1:23-cv-840

KALAMAZOO COLLEGE, et al.,               Hon. Hala Y. Jarbou

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

Dated: September 20, 2023                    /s/Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      CHIEF UNITED STATES DISTRICT JUDGE